| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

PHAEDRA MCMANUS, §
ON BEHALF OF §
CURTIS J. DUREN (DECEASED), §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO. 9:21-cv-250
§
MARTIN O'MALLEY, §
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION,[1] §
§
      Defendant. §

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed, and the deadline for doing so has passed. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A Final Judgment will be entered separately in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 19th day of January, 2024.

                                                      */s/ Marcia A. Crone*
                                                    MARCIA A. CRONE
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).