| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

PHAEDRA MCMANUS,                          §
                                         §
            Plaintiff,                   §
                                         §
*versus*                                 §   CIVIL ACTION NO. 9:21-CV-250
                                         §
COMMISSIONER OF SOCIAL                   §
SECURITY ADMINISTRATION,                 §
                                         §
            Defendant.                   §

## ORDER

Pending is the Plaintiff, Phaedra McManus', Third Unopposed Motion for Attorney's Fees.[1]

(Doc. No. 27.)  Magistrate Judge Zack Hawthorn issued a report recommending that the request be

granted.  (Doc. No. 28.)  Neither party filed objections to the magistrate judge's report.  It is therefore

**ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED**

and Plaintiff's motion (Doc. No. 27) is **GRANTED**.  It is further

**ORDERED** that the Commissioner of Social Security pay Phaedra McManus, in care of her

attorney, Jeremy Willis, an attorney fee in the amount of $4,902.00. Payment should be mailed to:

Phaedra McManus, in care of her attorney, Jeremy Willis, 209 Hughes Street, Nacogdoches, Texas,

75961. This award is subject to any beneficial, contractual and/or assignment-based interests held

by the Plaintiff's attorney. Furthermore, McManus' first and second motions for attorney fees (Doc.

---

[1]      Plaintiff's counsel filed three requests for attorney fees because the initial two filings
were deficient.  Any delays in awarding attorney's fees were not the result of the court's inaction.

Nos. 25, 26), which were deficient because no itemized billing statements were included, are

**DENIED** as **MOOT**.

**Signed this date**

**Jun 7, 2024**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE