| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| PHAEDRA MCMANUS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 9:21-CV-250 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending is the Petitioner, Jeremy Willis's, *Fourth Motion for Attorney Fees Under Section 206(b) and 42 U.S.C. § 406(b)* (Dkt. #34).[1] Mr. Willis asks the court to approve an attorney fee in the amount of seventeen (17) percent of Plaintiff's past-due benefits for a total fee of $24,116.20 under Section 206(b) of the Social Security Act, 42 U.S.C. §406(b). United States Magistrate Judge Zack Hawthorn issued a report recommending that the request be granted. (Dkt. #36.) Neither party filed objections to the magistrate judge's report, and the time for doing so has passed. It is therefore

**ORDERED** that the Report and Recommendation of the magistrate judge is **ADOPTED** and Mr. Willis's motion for attorney fees is **GRANTED**. Mr. Willis is awarded fees in the amount of $24,116.20 pursuant to 42 U.S.C. § 406(b), which shall be paid out of Plaintiff's past-due benefits in accordance with agency policy.

---

[1] Counsel's three prior requests for attorney fees were denied without prejudice due to his failure to provide evidentiary support. (Dkt. #33.)

Mr. Willis must refund to Plaintiff the EAJA fee previously awarded in the amount of $4,902.00, or, if applicable, only such portion of the EAJA fee not subject to offset under the Treasury Offset Program (31 U.S.C.§ 3716(c)(3)(8) (2006)).

SIGNED this 14th day of November, 2025.

_____
Zack Hawthorn
United States Magistrate Judge